IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01400-REB-PAC (MEH)

NATURAL SODA, INC.,

    Plaintiff,

v.

AGRI-PRODUCTS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 26, 2007.**

    Defendant/Counterclaimant's Motion For Leave to File Surreply to Plaintiff's Reply to Response to Plaintiff's Motion for Costs and Attorney's Fees [Filed March 20, 2007; Docket #20] is **granted.**