### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 06-cv-01400-REB-PAC

NATURAL SODA, INC.,

    Plaintiff,

v.

AGRI-PRODUCTS, INC.,

    Defendant.

### ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulated Motion To Dismiss All Claims and Counterclaims With Prejudice** [#27], filed June 15, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismiss action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss All Claims and Counterclaims With Prejudice** [#27], filed June 15, 2007, is **GRANTED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for February 8, 2008, is **VACATED**; and

4. That the jury trial set to commence February 28, 2008, is **VACATED**.

Dated June 19, 2007, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                        **United States District Judge**